UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RILEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GODWIN UGWUEZE, et.al.,<br><br>　　　　　　Defendants. | Case No.: 1:19-cv-01424-DAD-SAB (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER |

Plaintiff Robert Riley is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 27, 2020, the Court screened Plaintiff's first amended complaint and found that Plaintiff failed to state a cognizable claim for relief. (ECF No. 16.) The Court's screening order provided Plaintiff with the legal standards that applied to his claims and granted Plaintiff leave to file a first amended complaint within thirty days after service of the order. (Id.)

However, Plaintiff has not filed a second amended complaint and the time in which to do so has passed.

Accordingly, it is HEREBY ORDERED that, within **fourteen (14) days** from the date of service of this order, Plaintiff shall show cause in writing why the instant action should not be dismissed for Plaintiff's failure to comply with the Court's January 27, 2020 screening order, failure to

1

prosecute, and failure to state a claim for relief.  Plaintiff can comply with this order to show cause by filing a second amended complaint in compliance with the Court's January 27, 2020 screening order. <u>Plaintiff is warned that failure to comply with this order will result in a recommendation to a district judge that the instant action be dismissed for failure to prosecute, failure to obey a court order, and failure to state a cognizable claim for relief</u>.

IT IS SO ORDERED.

Dated:   **March 9, 2020**

UNITED STATES MAGISTRATE JUDGE