UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RILEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GODWIN UGWUEZE, et al.,<br><br>　　　　　　Defendants. | No. 1:19-cv-01424-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 20) |

Plaintiff Robert Riley is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 30, 2020, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed for failure to state a cognizable claim for relief, failure to comply with a court order, and failure to prosecute.  (Doc. No. 20.)  The findings and recommendations were served on plaintiff and contained notice that objections thereto were due within thirty (30) days.  (*Id.*)  No objections have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly:

1. The March 30, 2020 findings and recommendations (Doc. No. 20) are adopted in full;
2. This action is dismissed for failure to state a cognizable claim for relief, failure to comply with a court order, and failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 18, 2020**

UNITED STATES DISTRICT JUDGE